# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JEFFREY WILCOX and CAMY
SCHWAM-WILCOX,

        Plaintiffs,

v.                                                                    Case No.: 6:23-cv-570-WWB-LHP

NATIONAL SPECIALTY INSURANCE
COMPANY,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion to Remand (Doc. 10), wherein Plaintiffs argue that this case should be remanded because Defendant failed to establish that the amount in controversy exceeds $75,000.00. Defendant failed to file a response to the Motion and the time to do so has now passed. Accordingly, pursuant to Local Rule 3.01(c), the Motion will be treated as unopposed. Having considered the arguments raised in the Motion and the Notice of Removal, and noting that Defendant bears the burden of establishing jurisdiction on removal, the Court finds that remand is proper in this case.

Therefore, it is **ORDERED** and **ADJUDGED** that Plaintiffs' Motion to Remand (Doc. 10) is **GRANTED** and this case is **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, Case Number 2023CA000408. The Clerk is directed to close this file.

**DONE AND ORDERED** in Orlando, Florida on May 2, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of the Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida